UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES E. HUMMEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:10-cv-01704-TWP-MJD |
| | ) | |
| HARTFORD LIFE & ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | | |

# **ORDER DENYING PLAINTIFF'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

This matter is before the court on Plaintiff's Motion to File Amended Complaint (dkt 12). After reviewing the motion, the court determines that the motion is unnecessary and is, therefore, Denied as Moot.

Under the Federal Rules of Civil Procedure, a party has a right to amend its pleading once as a matter of course. Fed. R. Civ. P. 15(a)(1). The time frame in which a party may amend as a matter of course depends upon whether a responsive pleading is required. For pleadings not requiring a responsive pleading, a party has twenty-one days after serving the pleading during which to amend the pleading as a matter of course. Fed. R. Civ. P. 15(a)(1)(A). For pleadings that require a responsive pleading, a party has until twenty-one days after either service of a responsive pleading or service of a Rule 12(b), (e), or (f) motion during which to amend the pleading as a matter of course. Fed. R. Civ. P. 15(a)(1)(B).

In this case, Plaintiff's Complaint requires a responsive pleading. Neither a responsive pleading nor a Rule 12 motion has yet been filed. Therefore, Plaintiff may amend the Complaint as a matter of course.

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint be deemed filed as of the date of this order.

Dated: 01/10/2011

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Elizabeth G. Doolin
CHITTENDEN MURDAY & NOVOTNY LLC
edoolin@cmn-law.com

Paul Sherman Kruse
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP-Lebanon
pkruse@parrlaw.com

John M. McLaughlin
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP-Lebanon
jmclaughlin@parrlaw.com

Donald A. Murday
CHITTENDEN MURDAY & NOVOTNY LLC
dmurday@cmn-law.com

Stuart F. Primack
CHITTENDEN MURDAY & NOVOTNY LLC
sprimack@cmn-law.com